Candice LEWIS, Petitioner-Appellant,

v.

Walter MILLER, Respondent-Appellee.

No. 13-16078

United States Court of Appeals,
Ninth Circuit.

Submitted November 16, 2016 *

Filed November 21, 2016

Candice Lewis, Pro Se, Chowchilla, CA, for Petitioner-Appellant.

Darren Indermill, Office of the California Attorney General, Sacramento, CA, for Respondent-Appellee.

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

MEMORANDUM **

Candice Lewis appeals from the district court's order denying her 28 U.S.C. § 2254

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

habeas petition. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lewis's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lewis the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the briefing and record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses that the certified issue provides no basis for appellate relief. *See Graves v. McEwen*, 731 F.3d 876, 880–81 (9th Cir. 2013).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.